**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JENNIFER CARRETO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>APFS STAFFING, INC. d/b/a AIM CONSULTING; ADDISON PROFESSIONAL FINANCIAL SEARCH LLC d/b/a AIM CONSULTING; AIM CONSULTING ACQUISITION LLC d/b/a AIM CONSULTING; ALASKA AIRLINES, INC.; "DOE(S) 1-100" employees of APFS STAFFING, INC. d/b/a AIM CONSULTING and/or ADDISON PROFESSIONAL FINANCIAL SEARCH LLC d/b/a AIM CONSULTING and/or AIM CONSULTING ACQUISITION LLC d/b/a AIM CONSULTING and/or ALASKA AIRLINES; and "CORPORATION(S) XYZ 1-100,<br><br>        Defendants. | Case No. 2:25-cv-01532<br><br>STIPULATED MOTION AND ORDER FOR PARTIAL DISMISSAL |

## STIPULATED MOTION FOR PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jennifer Carreto, Defendant Alaska Airlines, Inc. ("*Alaska*"), and APFS Staffing Inc., Addison Professional Financial Search LLC, AIM Consulting Acquisition LLC (the "*AIM Defendants*") by and through

STIPULATED MOTION AND ORDER FOR PARTIAL DISMISSAL
[NO. 2:25-CV-01532 JHC] - 1

their respective counsel, hereby stipulate and move this Court to dismiss with prejudice the following claims[1] in Plaintiff's Complaint:

(1) Plaintiff's claim for Breach of Contract against Alaska;

(2) Plaintiff's claim for Breach of Implied Covenant of Good Faith and Fair Dealing against Alaska;

(3) Plaintiff's claim for Negligent Supervision, Hiring, and Failure to Train against Alaska;

(4) Plaintiff's claim for Intentional Infliction of Emotional Distress (Outrage) against Alaska; and

(5) Plaintiff's claim for Negligent Infliction of Emotional Distress (NIED) against Alaska.

Plaintiff's other claims in her Complaint (Disability Discrimination under the Americans with Disabilities Act ("ADA") and Washington Law Against Discrimination ("WLAD"); and failure to accommodate under the ADA and WLAD) remain pending in the present action and are **not** dismissed.

WHEREFORE, Plaintiff, Alaska, and the AIM Defendants, by and through their counsel, respectfully move this Court to enter dismissal with prejudice of Plaintiff's claims (1) through (5) against Alaska, above without an award of fees or costs.

RESPECTFULLY SUBMITTED this 13th day of April 2026.

*Signatures on following page.*

---

[1] Each of the below claims were dismissed with leave to amend by this Court's Order (ECF No. 30) on the AIM Defendants' Motion to Dismiss (ECF No. 22).

STIPULATED MOTION AND ORDER FOR PARTIAL DISMISSAL
[NO. 2:25-CV-01532 JHC] - 2

*/s/Rolf Gardner Toren*
Ada Smoke, WSBA #45936
Jenna Labourr, WSBA #44555
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jenna@akw-law.com
E-mail: rolf@akw-law.com

*Attorneys for Plaintiff Jennifer Carreto*

*/s/Michael Phillips*
Nathaniel L. Taylor, WSBA #27174
Payton C. Tompkins, WSBA #61724
Attorneys for Defendants APFS Staffing, Inc.,
Addison Professional Financial Search LLC,
And AIM Consulting Acquisition LLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Tel.: (206) 682-0565
Fax: (206) 625-1052
E-mail: ntaylor@elmlaw.com
E-mail: ptompkins@elmlaw.com

Michael R. Phillips, Admitted pro hac vice
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.: (312) 750 8902
E-mail: mphillips@mcguirewoods.com

*Attorneys for Defendants APFS Staffing, Inc., Addison Professional Financial Search LLC, and AIM Consulting Acquisition LLC*

*/s/Emma Kazaryan*
Emma Kazaryan, WSBA #49885
Michael Tracy, WSBA #51226
Attorneys for Defendant Alaska Airlines, Inc.
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Tel.: (206) 946-4910
E-mail: ekazaryan@seyfarth.com
E-mail: mtracy@seyfarth.com

*Attorneys for Defendant Alaska Airlines, Inc.*

STIPULATED MOTION AND ORDER FOR PARTIAL DISMISSAL
[NO. 2:25-CV-01532 JHC] - 3

# ORDER

Having reviewed the parties' Joint Stipulated Motion for Partial Dismissal, the Court GRANTS the motion in its entirety and ORDERS that:

(1) Plaintiff's claim for Breach of Contract against Alaska;

(2) Plaintiff's claim for Breach of Implied Covenant of Good Faith and Fair Dealing against Alaska;

(3) Plaintiff's claim for Negligent Supervision, Hiring, and Failure to Train against Alaska;

(4) Plaintiff's claim for Intentional Infliction of Emotional Distress (Outrage) against Alaska; and

(5) Plaintiff's claim for Negligent Infliction of Emotional Distress (NIED) against Alaska

are hereby DISMISSED with prejudice without an award of fees or costs.

DATED this 14th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR PARTIAL DISMISSAL
[NO. 2:25-CV-01532 JHC] - 4