UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER CARRETO, an individual,

Plaintiff,

v.

APFS STAFFING, INC., *et al.*,

Defendants.

Case No. 2:25-cv-01532-JHC

ORDER

This matter comes before the Court on "Plaintiff's Motion to Compel Discovery Responses (RFP. 17) and for Attorney's Fees."  Dkt. # 36.  The Court has considered the materials filed in support of and in response to the motion, the rest of the file, and the governing law.  Being fully advised, the Court GRANTS in part and DENIES in part the motion.

The Court ORDERS Defendants to produce for the years 2023 to the present (1) the Addison Group's audited financial statements; and (2) AIM Consulting's quarterly and annual P&L Statements.  Defendants must produce these materials within seven days of the entry of a protective order.

**ORDER - 1**
CASE NO. 2:25-CV-01532-JHC

The Court ORDERS the parties to meet and confer forthwith regarding the protective order. The Court suggests that the parties consider this District's Model Stipulated Protective Order. *See* ModelStipulatedProtectiveOrder CLEAN_2.1.23.pdf.

The Court DENIES Plaintiff's request for an award of attorney fees. This denial should not be read to prejudice Plaintiff from seeking such fees should she prevail in this matter.

DATED this 9th day of June, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**ORDER - 2**
CASE NO. 2:25-CV-01532-JHC