UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER CARRETO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APFS STAFFING, INC. d/b/a AIM CONSULTING; ADDISON PROFESSIONAL FINANCIAL SEARCH LLC d/b/a AIM CONSULTING; AIM CONSULTING ACQUISITION LLC d/b/a AIM CONSULTING; ALASKA AIRLINES, INC.; “DOE(S) 1-100” employees of APFS STAFFING, INC. d/b/a AIM CONSULTING and/or ADDISON PROFESSIONAL FINANCIAL SEARCH LLC d/b/a AIM CONSULTING and/or AIM CONSULTING ACQUISITION LLC d/b/a AIM CONSULTING and/or ALASKA AIRLINES; and “CORPORATION(S) XYZ 1-100,”<br><br>Defendants | Case No. 2:25-CV-01532-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL |

COME NOW Plaintiff Jennifer Carreto and Defendants, Alaska Airlines, Inc., APFS Staffing Inc., Addison Professional Financial Search LLC, AIM Consulting Acquisition LLC by and

through their attorneys of record, and hereby stipulate to the dismissal of all claims in the above-referenced matter with prejudice and without attorney's fees or costs to any party.

DATED October 14, 2026.

Respectfully submitted,

AKW LAW, P.C.

/s/ Ada Smoke

Ada Smoke, WSBA #45936
Jenna Labourr, WSBA #44555
Attorneys for Plaintiff
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259
Fax: (855) 925-9529
E-mail: ada@akw-law.com
E-mail: jenna@akw-law.com

ELLIS, LI & MCKINSTRY PLLC

/s/ Nathaniel Taylor

Nathaniel L. Taylor, WSBA #27174
Payton C. Tompkins, WSBA #61724
Attorneys for Defendants APFS Staffing, Inc.,
Addison Professional Financial Search LLC,
And AIM Consulting Acquisition LLC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Tel.: (206) 682-0565
Fax: (206) 625-1052
E-mail: ntaylor@elmlaw.com
E-mail: ptompkins@elmlaw.com

MCGUIRE WOODS LLP

/s/ Michael Phillips

Michael R. Phillips, Admitted pro hac vice

Attorneys for Defendants APFS Staffing, Inc.,
Addison Professional Financial Search LLC,
And AIM Consulting Acquisition LLC
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel.: (312) 750 8902
E-mail: mphillips@mcguirewoods.com

SEYFARTH SHAW LLP

/s/ Michael Tracy
Emma J Kazaryan, WSBA #49885
Michael Tracy, WSBA #51226
Attorneys for Defendant Alaska Airlines, Inc.
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Tel.: (206) 946-4910
E-mail: ekazaryan@seyfarth.com
E-mail: mtracy@seyfarth.com

ORDER

IT IS SO ORDERED.

DATED this 14th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE